IN THE UNITED STATES DISTRICT COURT IN THE
EASTERN DISTRICT OF VIRGINIA



Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:16cr 31 |
| | ) | |
| v. | ) | 18 U.S.C. § 2241(c) |
| | ) | Aggravated Sexual Abuse of a Child |
| MARK ANTHONY LOWE, | ) | (Counts 1 and 2) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. §2260A |
| | ) | Penalties for Registered Sex Offender |
| | ) | (Count 4) |

## INDICTMENT

MARCH, 2016 Term - at Newport News

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about December 24, 2015, within the Eastern District of Virginia and boundaries of a territorial jurisdiction of the United States, the defendant, MARK ANTHONY LOWE, did knowingly engage in a sexual act, to wit, contact between the mouth and the vulva, with Jane Doe, a person who at that time had not attained the age of 12 years.

(In violation of Title 18, United States Code, Section 2241 (c)).

## COUNT TWO

THE GRAND JURY CHARGES THAT:

On or about December 25, 2015, within the Eastern District of Virginia and boundaries of a territorial jurisdiction of the United States, the defendant, MARK ANTHONY LOWE, did knowingly engage in a sexual act, to wit, contact between the mouth and the vulva, with Jane Doe, a person who at that time had not attained the age of 12 years.

(In violation of Title 18, United States Code, Section 2241(c)).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 24, 2015 to on or about December 25, 2015, within the Eastern District of Virginia and boundaries of a territorial jurisdiction of the United States, the defendant, MARK ANTHONY LOWE, did knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years—to wit: Jane Doe, a six year-old female at the time of the offense whose true identity is known to the Grand Jury—to engage in any sexual activity for which any person could be charged with a criminal offense and attempted to do so.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 24, 2015 to on or about December 25, 2015, in the Eastern District of Virginia and boundaries of a territorial jurisdiction of the United States, the defendant, MARK ANTHONY LOWE, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Sections 2241 and 2242.

(In violation of Title 18, United States Code, Section 2260A.)

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

UNITED STATES v. MARK ANTHONY LOWE
Criminal No. 4:16cr 31

A TRUE BILL:

*Redacted*

FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *[signature]*
Lisa R. McKeel
Assistant United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
757/591-4000

By: *[signature]*
Kaitlin C. Gratton
Assistant United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
757/591-4000