IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:16cr31 |
| | ) | |
| MARK ANTHONY LOWE | ) | |
| | ) | |
| Defendant. | ) | |

## POSITION OF UNITED STATES WITH RESPECT TO SENTENCING FACTORS

In accordance with 18 U.S.C. § 3553(a) and the United States Sentencing Commission, *Guidelines Manual,* § 6A1.2, the United States of America, through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel, Assistant United States Attorney, hereby represents that it has reviewed the Probation Office's pre-sentence report ("PSR") and that it does not dispute any of the factors or facts set out therein.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:       /s/
Lisa R. McKeel
Assistant United States Attorney
Virginia Bar No. 28652
Attorney for the United States of America
United States Attorney's Office for the
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons

1

Newport News, Virginia 23606
Tel. (757) 591-4032
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2016, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing (NEF) to the following:

    Kirsten R. Kmet, Esq.
    Counsel for the Defendant
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    150 Boush Street, Suite 403
    Norfolk, VA 23510
    (757) 457-0800
    (757) 457-0880
    Email: Kirsten_Kmet@fd.org

And I hereby certify that I have e-mailed the document to the following non-filing user:

    Jason D. Cole
    Senior United States Probation Office
    600 Granby Street
    Suite 200
    Norfolk, VA 23510

                              /s/            .
                            Lisa R. McKeel
                            Virginia State Bar No. 28652
                            Attorney for Government
                            United States Attorney's Office
                            Fountain Plaza Three, Suite 300
                            721 Lakefront Commons
                            Newport News, Virginia 23606
                            Phone: (757) 591-4032
                            Fax: (757) 591-0866
                            Email: Lisa.McKeel@usdoj.gov